IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02623-RBJ-MJW | Date: March 24, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| KAISER SILVERMAN GLOBAL LLC  **Plaintiff(s)** | David A. Laird<br>William G. Argeros |
| v. | |
| WORD OF GOD FELLOWSHIP INC  **Defendant(s)** | Michael D. Anderson<br>Marshall M Searcy, Jr. |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session:  8:59 a.m.

Appearance of counsel.

Discussion held on trial schedule and pending motion.

For reasons stated on the record, it is

**ORDERED:   [69] Plaintiff's Motion to Strike Daystar's Late and Improperly Disclosed Non-Retained Expert Witness Greg Harper is GRANTED.**

Contractual provision of attorney's fees will be handled post trial.

Discussion held regarding deposition designations and objections.

**ORDERED:   Parties are to submit a transcript with objections marked and submit to the Court in the order of witnesses to be called at trial.**

Discussion held on confidential stamp on exhibits.

**ORDERED: Plaintiff is to produce clean copies of exhibits for trial purposes.**

Jury instructions reviewed and ruled upon, as stated on the record.

**ORDERED: Parties are to submit a brief or a memo on illegality to the Court.**

> **Based on a conflict with the Court's calendar, trial is continued to April 14, 2014 at 9:00 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

Discussion held on settlement.

Court in Recess: 11:24 a.m.          Hearing concluded.          Total time in Court:   02:15